UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MAMADEE KEITA | : | DOCKET NO. 2:06-cv-1838 |
| VS. | : | JUDGE TRIMBLE |
| ALBERTO GONZALES, ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10th day of July, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE